PATRICK R. GIL *v.* INLAND WETLANDS AND WATER-COURSES AGENCY OF THE TOWN OF GREENWICH

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 801, is denied.

*Patrick R. Gil,* pro se, in support of the petition.

*John H. Reilly,* in opposition.

Decided September 27, 1989

SANDRA PERALLI *v.* WOODROW PITKAT

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 803, is denied.

*I. David Marder,* in support of the petition.

*Margaret E. Moriarty,* in opposition.

Decided September 27, 1989

U.S. FIDELITY AND GUARANTY COMPANY *v.* K.J. ENTERPRISES, INC., ET AL.

The defendant Frank X. Lo Sacco's petition for certification for appeal from the Appellate Court, 19 Conn. App. 806, is denied.

*Frank X. Lo Sacco,* pro se, in support of the petition.

*James J. Tancredi, Kirk D. Tavtigian, Jr.,* and *Susan J. Barnes,* in opposition.

Decided September 27, 1989